***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted June 7, affirmed July 7, petition for review denied October 20, 2022
(370 Or 404)

In the Matter of K. L. K.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. W. K.,
*Appellant.*

Deschutes County Circuit Court
21JU00300; A177623 (Control)

In the Matter of K. W. K.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

R. W. K.,
*Appellant.*

Deschutes County Circuit Court
21JU00302; A177624

Alison M. Emerson, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Sarah Peterson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Stacy M. Chaffin, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

KAMINS, J.

Affirmed.

**KAMINS, J.**

Father appeals a judgment terminating his parental rights to his two sons, assigning 12 errors, each of which challenges the juvenile court's finding that he is unfit. ORS 419B.504 ("The rights of the parent or parents may be terminated as provided in ORS 419B.500 if the court finds that the parent or parents are unfit by reason of conduct or condition seriously detrimental to the child or ward and integration of the child or ward into the home of the parent is improbable within a reasonable time due to conduct or conditions not likely to change."). Exercising *de novo* review, ORS 19.415(3)(a), and having considered the entirety of the evidentiary record, we conclude, as did the juvenile court, that there is clear and convincing evidence that the statutory standards for termination are met.

Affirmed.